

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00041-CR

JENNIFER ROSEANN NABORS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 30074

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Jennifer Roseann Nabors, has filed a motion to dismiss this appeal. The motion was signed by both Nabors and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:     November 18, 2025
Date Decided:      November 19, 2025

Do Not Publish